## FLORIDA EAST COAST RAILWAY CO. *v.*
## UNITED STATES ET AL.

No. 715. Decided February 13, 1967.

*A. Alvis Layne* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Raymond M. Zimmet* for the United States et al.; *Richard A. Hollander* for Seaboard Air Line Railroad Co.; and *Thomas C. Britton* and *St. Julien P. Rosemond* for Dade County et al., appellees.

PER CURIAM.

The motion of Dade County et al. to join Seaboard Air Line Railroad Company in its motion to affirm is granted.

The motions to affirm are granted and the judgment is affirmed.

## D'AMICO *v.* PENNSYLVANIA ET AL.

No. 858. Decided February 13, 1967.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.